■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN ROSADO, Appellant. — Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on April 9, 1981, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Carro, Milonas and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMUARIE BALDWIN, Appellant. — Judgment, Supreme Court, New York County (George Roberts, J.), rendered on April 14, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Asch, Silverman and Kassal, JJ.

■ In the Matter of JOSE CONCEPCION, Petitioner, v JOSEPH MAZUR et al., Respondents. In the Matter of LISA MARTINEZ, Petitioner, v JOSEPH MAZUR et al., Respondents. — Applications for writs of prohibition granted, without costs and without disbursements. As the District Attorney concedes, it was improper for the Trial Judge to declare a mistrial on the facts of this case. No opinion. Concur — Sandler, J. P., Ross, Carro, Silverman and Alexander, JJ.